NOTICE of MOTION          10/20/2023

Name Milton Contreras #25069-031

Case No. I can't find my case number here is my docket number in the bottom.

Docket number: 14CR00463(S-2)-002 CM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 28 2023 ★
BROOKLYN OFFICE

Requests: Hello I want to put a motion for the Amendment 821 that is going in to effect nobember 1 for the part A-B of the Amendment I never been in prision before this is my first time and I think I might be elegible for a two-point's reduction I send it like this because I is my first time sending a motion but I might be elegible thank you


Date 10/20/2023            Signature:


Prision: metropolitan Detention Center
P.O. Box 329002 Brooklyn NY 11232.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 28 2023 ★
BROOKLYN OFFICE

Milton Contreras
#25069-031
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Court Amendment 821 A-B

225 Cadman Plaza East

Brooklyn, NY 11201

Court Amendment 821 A-B.
227 Cadman Plaza
East Brooklyn, New York
11201

NEW YORK NY 100
21 NOV 2023 PM 7 L

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through mail procedures for forwarding to you. If the writer has neither been opened nor inspected, which this facility has jurisdiction or a problem over to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.